ACCEPTED
01-15-00787-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/18/2015 2:57:12 PM
CHRISTOPHER PRINE
CLERK

NO. 2014-27741

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE DISTRICT COURT |
| | § | |
| IAN RILEY HAJALI and ZACHARY, | § | 310TH JUDICIAL DISTRICT |
| TROY HAJALI | § | |
| | § | |
| DECEASED | § | HARRIS COUNTY, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/18/2015 2:57:12 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

TO THE COURT:

Appellant, Mi Song Yun formerly known as Mi Song Hajali, hereby gives notice of her desire to appeal the final judgment signed on or about August 20, 2015, by the 310th Judicial District Court, in cause number 2014-27741, styled *In the Interest of Ian Riley Hajali and Zachary Troy Hajali*.

Appeal is hereby taken to either the First or Fourteenth Courts of Appeals in Harris County, Texas.

This notice is filed by appellant, Mi Song Yun formerly known as Mi Song Hajali.

Dated: September 11, 2015.

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548
713.583.9523 (fax)
Email: thootman2000@yahoo.com

ATTORNEY FOR APPELLANT MI SONG YUN FORMERLY KNOWN AS MI SONG HAJALI

1

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing document was sent to the following by electronic means in compliance with Rules of Civil Procedure:

Myrna Davila Gregory
Kitty L. Crutcher
Gregory Law PLLC
1225 North Loop West, Ste 1108
Houston, TX 77008

J. Anthony Referente
208 East 10th St
Houston, TX 77008

Date: September 11, 2015


/s/Timothy A. Hootman
Timothy A. Hootman